IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO JOSE PERDOMO, MICHEL MARTINEZ-GONZALEZ, ALFREDO ZAMBRANO-HURTADO, SUMIT CHAUDHARI, KAVANKUMAR PATEL, and VISHAL GOSWAMI,<br><br>Defendants. | 8:25CR70<br><br>ORDER |

This matter is before the Court on defendant Vishal Goswami's Amended Unopposed Motion to Continue Trial (Filing No. 94). Counsel needs additional time to review newly received discovery and discuss with Defendant. The government and counsel for all co-defendants have no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Amended Motion to Continue Trial [94] is granted, as follows:

1. The jury trial, **for all defendants**, now set for November 17, 2025, is continued to December 15, 2025.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 15, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. The Unopposed Motion to Continue Trial [93] is denied as moot.

4. **No further continuances will be granted barring exceptional circumstances.**

Dated this 4th day of November, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge