IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>EDUARDO JOSE PERDOMO,<br>ALFREDO ZAMBRANO-HURTADO, and<br>VISHAL GOSWAMI,<br><br>      Defendants. | **8:25CR70**<br><br><br>**ORDER** |

  This matter is before the Court on February 24, 2026 regarding defendant Eduardo Jose Perdomo's Unopposed Motion to Continue Trial (Filing No. 121).  Karen M. Shanahan represented the defendant Eduardo Jose Perdomo, Peder C. Bartling represented co-defendant, Alfredo Zambrano-Hurtado, and Joseph L. Howard represented co-defendant Vishal Goswami. Danielle Fliam represented the government.  Counsel needs additional time to reach a negotiation in this matter.  The government and counsels for co-defendants have no objection to the continuance. For good cause shown,

  **IT IS ORDERED** that the Motion to Continue Trial [121] is granted, as follows:

1. The jury trial, **for defendants**, now set for March 2, 2026, is continued to April 13, 2026.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 13, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted barring exceptional circumstances.**

Dated this 24th day of February, 2026.

                          BY THE COURT:

                          s/ Joseph F. Bataillon
                          Senior United States District Judge